```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 18368
   MICHAEL R ECTON
   PATRICIA L ECTON                          CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-7229     SSN XXX-XX-7401


--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/09/2005 and was confirmed 09/26/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 02/11/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
FORD MOTOR CREDIT           SECURED          18650.00       1098.66      18650.00
FORD MOTOR CREDIT           UNSEC W/INTER     2274.93        237.02       2274.93
VILLAGE OF MATTESON         SECURED            224.00         10.42        224.00
LITTON LOAN SERVICING       SECURED NOT I         .00           .00           .00
LITTON LOAN SERVICING       NOTICE ONLY    NOT FILED            .00           .00
INTERNAL REVENUE SERVICE    PRIORITY         20333.81       1807.46      20333.81
AMERICAN GENERAL FINANCE    UNSEC W/INTER      910.12         94.77        910.12
ARTHUR KATZ MD              UNSEC W/INTER  NOT FILED            .00           .00
ROUNDUP FUNDING LLC         UNSEC W/INTER     4541.09        473.04       4541.09
CREDITOR INTERCHANGE        NOTICE ONLY    NOT FILED            .00           .00
RESURGENT ACQUISITION LL    UNSEC W/INTER      326.52         34.00        326.52
SMC                         UNSEC W/INTER       89.00          9.25         89.00
CREDITORS DISCOUNT & AUD    NOTICE ONLY    NOT FILED            .00           .00
RESURGENT ACQUISITION LL    UNSEC W/INTER      449.51         46.76        449.51
COMMONWEALTH EDISON         UNSEC W/INTER  NOT FILED            .00           .00
CONSULTANT IN PATHOLOGY     UNSEC W/INTER  NOT FILED            .00           .00
DAVE LAROIA DDS             UNSEC W/INTER  NOT FILED            .00           .00
PORTFOLIO RECOVERY ASSOC    UNSEC W/INTER     2947.53        307.04       2947.53
FINGERHUT                   UNSEC W/INTER  NOT FILED            .00           .00
FINGERHUT                   NOTICE ONLY    NOT FILED            .00           .00
FLEET CREDIT SERVICES       UNSEC W/INTER  NOT FILED            .00           .00
GOOD YEAR                   UNSEC W/INTER  NOT FILED            .00           .00
INTERNAL REVENUE SERVICE    UNSEC W/INTER    12373.31       1289.10      12373.31
ECAST SETTLEMENT CORP       UNSEC W/INTER      348.42         36.26        348.42
MILL CREEK BANK             NOTICE ONLY    NOT FILED            .00           .00
NICOR GAS                   UNSEC W/INTER      232.24         16.49        232.24
NICOR GAS                   NOTICE ONLY    NOT FILED            .00           .00
ROGERS & HOLLAND            SECURED            822.36         38.25        822.36
ROGERS & HOLLAND            SECURED           2475.00        115.12       2475.00
RESURGENT ACQUISITION LL    UNSEC W/INTER     1376.73        143.50       1376.73
CBUSA SEARS                 NOTICE ONLY    NOT FILED            .00           .00
SHELL CREDIT CARD           UNSEC W/INTER  NOT FILED            .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 18368 MICHAEL R ECTON & PATRICIA L ECTON
```

```
SHELL CITICARD             NOTICE ONLY    NOT FILED              .00            .00
SIR FINANCE                UNSEC W/INTER    872.00             90.77         872.00
HARRY ALTMAN               NOTICE ONLY    NOT FILED              .00            .00
SOUTHWEST LAB PHYSICIAN    UNSEC W/INTER NOT FILED               .00            .00
ST XAVIER UNIVERSITY       UNSEC W/INTER   4050.00            422.02        4050.00
ILLINOIS COLLECTION SERV   NOTICE ONLY    NOT FILED              .00            .00
UNIFUND CO                 UNSEC W/INTER NOT FILED               .00            .00
ADLER & ADLER & ASSOC      NOTICE ONLY    NOT FILED              .00            .00
BEST BUY/HRS USA           UNSEC W/INTER NOT FILED               .00            .00
CHECK N GO                 FILED LATE       417.68                .00            .00
MENARDS                    NOTICE ONLY    NOT FILED              .00            .00
SEARS                      NOTICE ONLY    NOT FILED              .00            .00
SHELL CREDIT CARD          UNSEC W/INTER NOT FILED               .00            .00
SIR FINANCE                NOTICE ONLY    NOT FILED              .00            .00
ST XAVIER UNIVERSITY       NOTICE ONLY    NOT FILED              .00            .00
UNIFUND CCR PARTNERS       NOTICE ONLY    NOT FILED              .00            .00
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER    333.44             34.75         333.44
UNIFUND CCR PARTNERS       UNSEC W/INTER   1270.15            132.52        1270.15
ROGERS & HOLLAND           UNSEC W/INTER   2403.88            250.50        2403.88
ROGERS & HOLLAND           UNSEC W/INTER    813.50             84.76         813.50
LEDFORD & WU               DEBTOR ATTY     1,500.00                        1,500.00
TOM VAUGHN                 TRUSTEE                                          5,633.31
DEBTOR REFUND              REFUND                                              15.53

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE             92,038.84

PRIORITY                                    20,333.81
    INTEREST                                 1,807.46
SECURED                                     22,171.36
    INTEREST                                 1,262.45
UNSECURED                                   35,612.37
    INTEREST                                 3,702.55
ADMINISTRATIVE                               1,500.00
TRUSTEE COMPENSATION                         5,633.31
DEBTOR REFUND                                   15.53
                    ---------------        ---------------
TOTALS              92,038.84               92,038.84
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 04/23/08                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```